**AKIN GUMP STRAUSS HAUER & FELD LLP**
CHELSEA D. MUNDAY (SBN 217746)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:  (310) 229-1000
Facsimile:  (310) 229-1001

Attorneys for Defendant
LOWE'S HIW, INC.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE EIDEN, | Case No. 2:06-cv-02497 LKK EFB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| LOWE'S HIW, INC. dba LOWE'S #1201, | Complaint Filed: November 9, 2006 |
| Defendants. | Honorable Lawrence K. Karlton |

On this day, the Court considered the parties' Stipulation to Extend Deadline for Defendant to Respond to Plaintiff's Complaint.  The Court finds that good cause exists to grant the relief requested in the stipulation.

It is hereby ordered that the deadline for Defendant to respond to Plaintiff's Complaint is extended for seven days until and including December 22, 2006.

**It Is So Ordered.**

Dated this 19th day of December, 2006.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO
RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Ste. 2400, Los Angeles, CA 90067. On December 19, 2006, I served the foregoing document(s) described as: ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER on the interested party(ies) below, using the following means:

DISABLED ADVOCACY GROUP, APLC
SCOTTLYN J. HUBBARD, IV
12 Williamsburg Lane
Chico, CA 95926

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2006 at Los Angeles, California.

Sharon Cluff
_____          _____
[Print Name of Person Executing Proof]          [Signature]

Akin Gump Strauss Hauer & Feld llp
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675

ocument Prepared
n Recycled Paper

2

ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER