LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff

ROLAND JUAREZ, SBN 160793
AKIN GUMP STRAUSS HAUER & FELD
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 229-1000
Fax: (310) 229-1001

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE EIDEN,

     Plaintiff,

v.

LOWE'S HIW, INC. dba LOWE'S #1201,

     Defendant.

_____/

Case No. CIV. S-06-02497-LKK-EFB

**STIPULATION OF DISMISSAL AND ORDER THEREON**

1  TO THE COURT AND ALL PARTIES:

2      Pursuant to a Settlement Agreement and Release between plaintiff, STEVE EIDEN,

3  and defendant, LOWE'S HIW, INC. dba LOWE'S #1201, and pursuant to Fed. R. Civ. P.

4  41(a)(1)(ii), the parties hereby request that all claims be dismissed with prejudice in the

5  above-entitled action, with each party bearing his or its own costs and fees, including

6  attorneys' fees..

7

8  Dated: January 18, 2008            DISABLED ADVOCACY GROUP, APLC

9

10                                      /s/ Lynn Hubbard, III
                                        LYNN HUBBARD, III
11                                      Attorney for Plaintiff

12  Dated: January 17, 2008            AKIN GUMP STRAUS HAUER & FELD, LLP

13

14                                      /s/ Roland Juarez
                                        ROLAND JUAREZ
15                                      Attorney for Defendant

16

17

18

19                                  **ORDER**

20      IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-

21  02497-LKK-EFB, is hereby dismissed with prejudice, and that all claims are dismissed with

22  prejudice in this action, with each party bearing his or its own costs and fees, including

23  attorneys' fees..

24

25  Dated: January 18, 2008.

26                                  LAWRENCE K. KARLTON
27                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
28